# EXHIBIT D

2053.013



## Directive

# Rules of Conduct

| | | | |
|---|---|---|---|
| **Directive #:** | 2053.013 | **Effective Date:** | 11/19/2012 |
| **Initiating Unit:** | Office of Professional Responsibility | **Review Date:** | 11/19/2013 |
| **CALEA:** | 1.2.7, 11.3.1, 11.3.2, 12.1.3, 26.1.1, 26.1.3, 26.1.4, 26.1.5 | | |

# Contents

Authority and Coverage ..................................................1
Definition(s)....................................................................2
General Policy.................................................................2
Responsibilities/Procedures...........................................2
Category A–Duty to Obey ...........................................2
  Rule A1: Knowledge of Laws and Regulations ....2
  Rule A2: Conformance to Laws............................2
  Rule A3: Compliance with Directives....................2
  Rule A4: Conflicting Orders ..................................2
  Rule A5: Improper Orders.....................................2
  Rule A6: Insubordination ......................................3
  Rule A7: Truthfulness............................................3
Category B–Performance of Duty .............................3
  Rule B1: Unsatisfactory Performance .................3
  Rule B2: Personal Appearance ............................3
  Rule B3: Absence from Duty ................................3
  Rule B4: Reporting for Duty..................................3
  Rule B5: Carrying of Credentials and Identification
  ...............................................................................3
  Rule B6: Malingering.............................................3
  Rule B7: Duty Post................................................4
  Rule B8: Meals and Other Relief Periods............4
  Rule B9: Courtesy.................................................4
  Rule B10: Neglect of Duty ....................................4
  Rule B11: Use of Property and Services, and
  Inspection of Equipment and Facilities.................4
  Rule B12: Operating Vehicles ..............................4
  Rule B13: Use of Force.........................................4
  Rule B14: Use of Weapons ..................................4
  Rule B15: Arrest, Search, and Seizure.................4
  Rule B16: Treatment of Persons in Custody ........4
  Rule B17: Property and Evidence ........................4
  Rule B18: Court Appearances..............................5
  Rule B19: Response to Calls.................................5
Category C–Detrimental Conduct .............................5
  Rule C1: Conduct Unbecoming ............................5
  Rule C2: Discrimination and/or Harassment ........5

  Rule C3: Possession and/or Use of Drugs or a
  Controlled Substance ...........................................5
  Rule C4: Use of Alcohol .......................................5
  Rule C5: Use of Tobacco .....................................5
  Rule C6: Gifts, Gratuities, Bribes, or Rewards.....6
  Rule C7: Improper Associations ...........................6
  Rule C8: Gambling ...............................................6
  Rule C9: Communications with Criminals .............6
  Rule C10: Improper Remarks................................6
  Rule C11: Retaliation............................................6
Category D–Administrative Responsibilities ...........6
  Rule D1: Off-Duty Employment ............................6
  Rule D2: Telephone..............................................6
  Rule D3: Changes in Personal Status..................6
Category E–Miscellaneous .......................................6
  Rule E1: Abuse of Process...................................6
  Rule E2: Improper Intervention.............................6
  Rule E3: Work Stoppage ......................................7
  Rule E4: Dissemination of Information .................7
  Rule E5: Public Statements..................................7
  Rule E6: Public Appearances...............................7
  Rule E7: Testimonials...........................................7
  Rule E8: Service of Civil Processes .....................7
  Rule E9: Reports ..................................................7
  Rule E10: Compromises........................................7
Category F–Supervisors ...........................................7
  Rule F1: Subordinate Compliance........................7
  Rule F2: Subordinate Discipline ...........................7
  Rule F3: Subordinate Performance.......................7
  Rule F4: Subordinate Failures..............................8
Additional Information ......................................................8
  Exemptions.................................................................8
Cancellation .....................................................................8
Appendices ......................................................................8

# Authority and Coverage

The Chief of Police serves as the chief executive officer of the United States Capitol Police (USCP) and

**USCP001248**

1 is responsible for the day-to-day operation and
2 administration of the USCP.

3 This policy may be revised at the discretion of the
4 Chief of Police, consistent with applicable law, rule,
5 and regulation.

# 6 Definition(s)

7 *Department Rules.* A Department rule is designed to
8 cover situations in which no deviation or flexibility is
9 permitted.

10 *Intoxicant.* Alcohol, liquor, malt beverages that
11 contain alcohol, drugs or other substances which,
12 when ingested, inhaled, or absorbed, deprives an
13 individual of the ordinary use of one's senses or
14 reason.

15 *Supervisor.* An employee in the rank, or civilian
16 equivalent, of Sergeant or above, or a designated
17 supervisor.

# 18 General Policy

19 The policy of the Department is to ensure that all
20 employees, both sworn and civilian, maintain an
21 exemplary standard of personal integrity and the
22 highest professional standards of conduct in both their
23 private lives and in their official capacities. This policy
24 is embodied in the Department's Values. The
25 Department will promote adherence to professional
26 standards of integrity and ethics and foster an
27 environment that emphasizes civility and
28 professionalism.

29 The Rules contained herein are designed to serve as
30 professional standards governing employee conduct.
31 Any employee, who is found to be in violation of one or
32 more of these Rules, will be subject to such
33 disciplinary action as deemed appropriate by the Chief
34 of Police. The Department will absolve employees who
35 are found not to be in violation of Department rules,
36 administer appropriate corrective action, or defer to the
37 appropriate authority for criminal prosecution, if
38 appropriate, when improper acts are confirmed.

# 39 Responsibilities/Procedures

## 40 Category A–Duty to Obey

### 41 Rule A1: Knowledge of Laws and Regulations

42 Employees are required to know and understand all
43 applicable laws, rules, regulations, Directives, orders,
44 written procedures, etc., relevant to their official duties.

### 45 Rule A2: Conformance to Laws

46 Employees will obey all laws of the United States, the
47 District of Columbia, and any state, local, or military
48 jurisdiction in which they may be present. Employees
49 arrested or indicted for a violation of any law, other
50 than minor non-custodial traffic offenses, or
51 summoned to appear in response to a criminal
52 complaint, will immediately notify one of their
53 supervisors, who in turn will notify the Chief of Police
54 through the chain of command.

### 55 Rule A3: Compliance with Directives

56 Employees are required to obey all Departmental
57 rules, regulations, Directives, orders, policies and
58 procedures. Lawful orders from a supervisor, including
59 orders relayed from a supervisor by an employee of
60 equal or lesser rank, will be obeyed promptly.

### 61 Rule A4: Conflicting Orders

62 Should a supervisor issue an order which conflicts with
63 a previously issued order, rule, regulation or Directive,
64 the employee should respectfully call attention to the
65 conflicting order and, if not rescinded by the
66 supervisor, the order will stand and will be carried out
67 promptly. The responsibility for the order will rest with
68 the issuing supervisor and the employee will not be
69 answerable for disobedience of the previously issued
70 order.

### 71 Rule A5: Improper Orders

72 Supervisors will not issue any order which they know,
73 or should know, would require a subordinate to commit
74 any illegal or unethical acts. Employees will not obey
75 any order which they know, or believe, would require
76 them to commit illegal or unethical acts. If in doubt as
77 to an order being illegal or unethical, employees will
78 respectfully request the issuing supervisor to clarify the
79 order or to confer with higher authority.

**Rule A6: Insubordination**

Employees will not refuse to obey, by words or actions, any lawful order of a supervisor, and will not utter any disrespectful, rebellious, insolent, or abusive language to or toward a supervisor.

**Rule A7: Truthfulness**

Employees will make truthful statements at all times, written or verbal, pertaining to official duties or matters affecting the Department. Employees are required to cooperate fully and truthfully during Department investigations.

# Category B—Performance of Duty

**Rule B1: Unsatisfactory Performance**

Employees will maintain sufficient competency to properly perform their duties and assume the responsibilities of their positions. Employees will perform their duties in a manner which will maintain the highest standards of efficiency and integrity in carrying out the functions and objectives of the Department. Unsatisfactory performance may be demonstrated by, but will not be limited to:

1. A lack of knowledge of the application of laws required to be enforced.

2. An unwillingness or inability to perform assigned tasks.

3. The failure to conform to work standards established for the respective ranks, grades, or positions.

4. The failure to take appropriate action on the occasion of a crime, disruption, or other condition deserving police attention.

5. Repeated poor evaluations or a written record of repeated infractions of the rules, regulations, Directives or orders of the Department.

6. Repeated sustained complaints of misconduct.

**Rule B2: Personal Appearance**

Employees will maintain a neat, well-groomed appearance and comply with all Department policies pertaining to uniforms, civilian attire, appearance, and grooming.

**Rule B3: Absence from Duty**

Employees who fail to appear for duty at the date, time, and place specified without consent of a supervisor are "Absent Without Leave".

**Rule B4: Reporting for Duty**

Employees will report for duty on time, and at the time and place required, or they will be tardy. They will be properly equipped and cognizant of information required for the proper performance of duty so that they may immediately assume their duties.

**Rule B5: Carrying of Credentials and Identification**

1. Sworn employees will carry their Department credentials on their person at all times while on duty, and while off duty when carrying the issued handgun, except when impractical or dangerous to their safety or pursuant to an authorized investigation.

2. Civilian employees will carry their identification while on duty, display the ID upon request, and furnish their name when requested while on duty.

3. Sworn employees will promptly furnish their name and Personal Identification Number (PIN) to any person requesting that information when they are on duty or while conducting themselves in or representing themselves as acting in an official capacity, except when the withholding of such information is necessary for the performance of duty, authorized by a supervisor, or necessary to protect the employee's safety or the integrity of an authorized investigation.

4. Employees will not lend their badges, credentials, or identification to any other person.

**Rule B6: Malingering**

Employees will not feign illness or injury, falsely report themselves or others ill or injured, or otherwise deceive or attempt to deceive any supervisor of the Department, or any other governmental agency or individual authorized to conduct such an inquiry, as to the condition of their health or the health of others.

1 **Rule B7: Duty Post**

2 Employees will assume their assigned duty post
3 without unnecessary delay. Employees will not leave
4 their assigned duty post during a tour of duty, or at the
5 conclusion of their tour of duty, except when properly
6 relieved or authorized by a supervisor, and will then
7 proceed immediately to their next assignment or to the
8 area and/or supervisor designated for check out or
9 reassignment.

10 **Rule B8: Meals and Other Relief Periods**

11 Employees will be permitted to suspend patrol or other
12 assigned activity, subject to immediate recall, for the
13 purpose of relief or having meals during their tour of
14 duty, but only for such period of time, and at such time
15 and place, as may be established by a supervisor.

16 **Rule B9: Courtesy**

17 Employees will be polite, courteous and respectful to
18 all persons at all times. Employees will be tactful,
19 friendly, helpful and understanding in the performance
20 of their assigned duties, control their tempers, exercise
21 the utmost patience and discretion, and not engage in
22 argumentative discussion even in the face of extreme
23 provocation. In the performance of their duties,
24 employees will not use coarse, violent, profane, or
25 insolent language or gestures, will not intimidate, and
26 will not express any prejudice concerning race,
27 religion, gender, politics, national origin, lifestyle, age,
28 disabilities, or other personal characteristics.

29 **Rule B10: Neglect of Duty**

30 Employees will devote their full time and attention to
31 the performance of their duties at all times while on
32 duty.

33 **Rule B11: Use of Property and Services, and Inspection**
34 **of Equipment and Facilities**

35 Employees will use the equipment, supplies, services
36 and facilities of or under the care of the Department
37 only for their intended purpose, in accordance with
38 established procedures, and will not abuse or
39 purposely damage such equipment or facilities. All
40 facilities and equipment of or under the care of the
41 Department and/or issued to employees such as
42 desks, vehicles, computers, uniforms, etc., and their
43 contents, will be maintained in proper order, and are
44 subject to inspection at any time with or without prior
45 notice, as directed by the Chief or designee.

46 **Rule B12: Operating Vehicles**

47 Employees will operate official vehicles in a careful
48 and prudent manner, and will obey all laws, rules,
49 regulations, Directives and orders of the Department
50 pertaining to such operation. The suspension,
51 expiration or revocation of an employee's driver's
52 license or operator's permit will be reported
53 immediately to such employee's supervisor.

54 **Rule B13: Use of Force**

55 Sworn employees will use only such force in any
56 situation that is reasonably necessary under the
57 circumstances, in accordance with applicable laws and
58 the established procedures and training of the
59 Department.

60 **Rule B14: Use of Weapons**

61 Sworn employees will not discharge any firearm, nor
62 use or handle any weapon, in a careless or imprudent
63 manner. Sworn employees will carry, store, secure
64 and/or use all firearms and weapons in accordance
65 with applicable laws and the established procedures of
66 the Department.

67 **Rule B15: Arrest, Search, and Seizure**

68 Every arrest, search, and seizure will be in accordance
69 with applicable laws and the established procedures of
70 the Department.

71 **Rule B16: Treatment of Persons in Custody**

72 Sworn employees will not mistreat persons who are in
73 their custody, and will handle persons in custody in
74 accordance with applicable laws and the established
75 procedures of the Department.

76 **Rule B17: Property and Evidence**

77 Property or evidence which has been discovered,
78 gathered, or received in connection with the
79 responsibilities of the Department will be processed in
80 accordance with established Department procedures.
81 Employees will not convert to their own use (or that of
82 another party), manufacture, conceal, falsify, destroy,
83 remove, tamper with, or withhold any property or
84 evidence in connection with an investigation or other
85 police action, except in accordance with established
86 procedures.

**Rule B18: Court Appearances**

Employees who are subpoenaed, summoned, or otherwise requested to appear and/or testify in a court or hearing of any jurisdiction, in their capacity as a law enforcement officer or in matters pertaining to the Department, including any administrative hearing, will immediately notify their supervisor and then comply with the Directive to appear.

**Rule B19: Response to Calls**

Employees who are assigned radio communications, cell phones, pagers, or other communications equipment will keep said equipment turned on and on the appropriate channel at all times while on duty or on call, unless authorized by the employee's supervisor to do otherwise. Employees will promptly respond to all communications directed to them.

# Category C—Detrimental Conduct

**Rule C1: Conduct Unbecoming**

Employees will conduct themselves at all times, both on and off duty, in such a manner as to reflect favorably on the Department. Conduct Unbecoming will include that which brings the Department into disrepute or reflects discredit upon the employee as a member of the Department; impairs the operation or efficiency of the Department or the employee; and is prejudicial to the reputation and good order of the Department.

**Rule C2: Discrimination and/or Harassment**

Employees will not discriminate against and/or harass any other person on the basis of race, color, national origin, religion, gender, age, sexual orientation, disability, or any other basis prohibited by law or Departmental Directive.

**Rule C3: Possession and/or Use of Drugs or a Controlled Substance**

1. Employees will not possess or use any narcotic, illegal stimulant, or other controlled substance except when prescribed for their personal treatment by a licensed health care provider authorized to dispense a controlled substance during the course of professional practice.

2. Employees will not report for duty, be on duty, or when subject to emergency recall, while under the influence of any illegal drug, narcotic or stimulant or controlled substance, whether or not prescribed by a licensed health care provider, unless medically cleared for duty.

**Rule C4: Use of Alcohol**

1. Employees will not use or consume alcohol or other intoxicants while on duty, or when subject to emergency recall (such as while on official travel), except as permitted by specific orders of a Department supervisor.

2. Employees will not report for duty, or be on duty, while impaired or under the influence of an intoxicant, or with an odor of alcohol or other intoxicant on their breath or about their person. The odor of an alcoholic beverage on the breath (as substantiated by a supervisor and at least one other individual) will be considered presumptive evidence of drinking while on duty.

3. Sworn employees will not exercise any police authority, operate any USCP-issued mode of transportation, take any official police action, or represent themselves as a police officer while impaired by, or under the influence of, alcohol or other intoxicants.

4. Sworn employees will not consume alcohol or other intoxicants while carrying a firearm.

5. When off-duty, employees will not wear in public any clothing items identifiable with the USCP when consuming alcohol or other intoxicants. This includes but is not limited to, USCP caps, t-shirts, jackets, uniform shirts, etc.

6. When off duty, employees will refrain from consuming alcohol or other intoxicants to the extent that it results in behavior which may discredit the Department, renders the employee unfit to report for the next assigned or regular tour of duty, or adversely affects the employee's work performance or the safety of the employee and/or others.

**Rule C5: Use of Tobacco**

Employees will use tobacco only in accordance with the policies of the Department.

USCP001252

**Rule C6: Gifts, Gratuities, Bribes, or Rewards**

Employees will not solicit or accept from any person,
business, or organization, any gift (including money,
tangible or intangible personal property, food,
beverage, loan, promise, service, or entertainment) for
the benefit of any employee or any other person,
which may give the appearance that such solicitation
or acceptance is in return for being influenced in the
performance of any official act, or being induced to do
or omit to do any act in violation of their duty.

**Rule C7: Improper Associations**

Employees will avoid regular or continuous
associations or dealings with persons whom they
know, or should know, are persons under criminal
investigation or indictment, or who have a reputation in
the community or the Department for present
involvement in felonious or criminal behavior, except
as necessary in the performance of official duties, or
where unavoidable because of immediate familial
relationships.

**Rule C8: Gambling**

Employees will not engage or participate in any form of
illegal gambling at any time, except in the performance
of duty and while acting under proper authorization
from a supervisor.

**Rule C9: Communications with Criminals  -**

Employees will not communicate verbally or in writing,
directly or indirectly, in any manner or form, any
information that may enable persons engaged in,
suspected of, or guilty of, criminal acts to escape
arrest or punishment, or which may permit them to
dispose of or conceal any money, goods, or other
evidence unlawfully obtained or possessed.

**Rule C10: Improper Remarks**

Employees will not make malicious, harassing,
untruthful, or frivolous remarks or rumors against, or
about, other members of the Department or individuals
in the workplace.

**Rule C11: Retaliation**

Employees will not harass, ridicule or retaliate in any
form against a complainant, employee, or any witness
for complaining or otherwise offering evidence in an

internal or external, criminal or administrative
investigation.

## Category D—Administrative Responsibilities

**Rule D1: Off-Duty Employment**

Employees may engage in off-duty employment only in
accordance with established Department policies and
procedures.

**Rule D2: Telephone**

Employees will have and maintain in operation a
working telephone number through which they may be
directly contacted by the Department at all times.
Employees will inform the Department of their
telephone number, and will immediately report any
change of telephone number in accordance with
established procedures.

**Rule D3: Changes In Personal Status**

Employees will report any change in personal status,
including residence address or next of kin notification,
in accordance with established procedures.

## Category E—Miscellaneous

**Rule E1: Abuse of Process**

Employees will not intentionally manufacture, tamper
with, falsify, destroy, or withhold evidence or
information, nor make any false accusations,
statements or complaints regarding a criminal charge,
traffic offense, or administrative violation.

**Rule E2: Improper Intervention**

Employees will not interfere with official business
being handled by other employees or any other
government agency unless ordered to intervene by a
supervisor, or the intervening employee reasonably
believes that a manifest injustice would result from
failure to take immediate action. Employees will not
undertake any investigation or other official action not
part of their regular duties without obtaining permission
from competent authority unless the exigencies of the
situation require immediate action.

**Rule E3: Work Stoppage**

Employees will not engage in any work stoppage. This includes the concerted failure to report for duty, willful absence from one's position, unauthorized holidays, or the abandonment in whole or in part of the full, faithful, and proper performance of the duties of employment for the purpose of protesting, inducing, influencing, or coercing change in conditions, compensation, rights, privileges, or obligations of employment.

**Rule E4: Dissemination of Information**

Employees will treat the official business of the Department as restricted, and are prohibited from disseminating information concerning Department investigations or operations to any unauthorized person, in accordance with established Department procedures. Employees are prohibited from providing information obtained from the Criminal Justice Information System (CJIS), Motor Vehicle Administration (MVA), Washington Area Law Enforcement System (WALES), National Crime Information Center (NCIC), or any other source to any unauthorized person, except in the performance of their duties and in accordance with proper procedures and law.

**Rule E5: Public Statements**

Employees will not publicly criticize or ridicule the Department, its policies, or other employees by speech, writing, or other expression, where such speech, writing, or other expression is unlawful, violates Department policies regarding the dissemination of sensitive and/or confidential information, or is made with reckless disregard for truth.

**Rule E6: Public Appearances**

Employees will not purport to represent the Department by addressing public gatherings, appearing on radio or television, lecturing on "law enforcement" or other related subjects, preparing any articles for print or electronic publication, acting as a correspondent to a newspaper, periodical or electronic media, releasing or divulging investigative information or any other material regarding matters of the Department without prior approval from the Chief of Police.

**Rule E7: Testimonials**

Employees will not permit their names or photographs indicating their association with the United States Capitol Police to be used in any commercial, political, or other testimonial which alludes to their position or employment without the approval of the Chief of Police.

**Rule E8: Service of Civil Processes**

Sworn employees will not serve civil processes or take part in any such service.

**Rule E9: Reports**

Employees will submit all necessary reports in accordance with established Department procedures. Reports will be truthful, accurate, complete and timely.

**Rule E10: Compromises**

Employees are prohibited from becoming involved, in any way, in an attempt to make a compromise or arrangement between suspected criminal violators and their alleged victims.

# Category F—Supervisors

**Rule F1: Subordinate Compliance**

Supervisors will be responsible for subordinates' adherence to Department rules, regulations, policies, procedures, orders and Directives, and will take reasonable action to ensure compliance.

**Rule F2: Subordinate Discipline**

Supervisors will be responsible and accountable for the maintenance of discipline and will provide leadership, supervision and example to ensure the efficiency and integrity of Department operations.

**Rule F3: Subordinate Performance**

Supervisors will be responsible for the job performance of all subordinates placed under them. Authority and functions may be delegated to subordinates, but responsibility for the accomplishment of overall Department objectives remains with the supervisor who made the assignment.

1 **Rule F4: Subordinate Failures**

2 Supervisors will be responsible and held accountable
3 for all job-related failures on the part of their
4 subordinates when the supervisor was aware, or
5 should reasonably have been aware, of the failure or
6 potential for failure, and did not take the appropriate
7 action to correct or prevent the deficiency.

8 # Additional Information

9 ## Exemptions

10 In certain instances, the Chief of Police may exempt
11 individuals or units from complying with specific rules
12 contained in this Directive. Such exemptions will be
13 made on a case-by-case basis in recognition of
14 individual or unit requirements for the performance of
15 their duties.

16 # Cancellation

17 This Directive cancels Operational Directive PRF 1.3,
18 "Rules of Conduct," issued August 23, 2000, and
19 supersedes and replaces any related Department
20 publication consistent with applicable law, rule, or
21 regulation.

22 # Appendices

23 None.

24 **Thomas P. Reynolds**
25 **Acting Chief of Police**

**USCP001255**