**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JODI BREITERMAN,

        *Plaintiff*,

    v.                       Civil Action No. 16-893 (TJK)

UNITED STATES CAPITOL POLICE,

        *Defendant*.

## <u>ORDER</u>

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment, ECF No. 65, is **GRANTED**.  This

is a final, appealable Order.  The Clerk of Court is directed to close the case.

**SO ORDERED.**

                                    /s/ Timothy J. Kelly
                                    TIMOTHY J. KELLY
                                    United States District Judge

Date: September 4, 2020